GARY S. FERGUS, Cal. Bar No. 095318
Fergus, A Law Office
595 Market Street, Ste. 2430
San Francisco, California 94115
Telephone: (415) 537-9032
Facsimile: (415) 537-9038
gfergus@ferguslegal.com

Evan Anderson, Bar No. 249319
BRAND VENTURES INTELLECTUAL PROPERTY LAW
2434 Lincoln Blvd., Floor 2
Venice, CA 90291
Telephone: (424) 750-9499
Facsimile: (424) 750-9499
evan@bviplaw.com

Attorneys for Defendant
The Pocket Lawyer Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ROCKET LAWYER INCORPORATED, | Case No. C 12-01155 CRB |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE |
| vs. | |
| THE POCKET LAWYER CORPORATION, | |
| Defendant. | |
| THE POCKET LAWYER CORPORATION, | |
| Counter-Claimant, | |
| vs. | |
| ROCKET LAWYER INCORPORATED, and DOE DEFENDANTS ONE through TEN, inclusive | |
| Counter-Claim Defendants. | |

The Court having considered the Stipulation to Continue Case Management Conference and for good cause shown,

**IT IS HEREBY ORDERED**

1. The Further Case Management Conference currently scheduled for October 5, 2012 at 8:30 a.m. is continued to October 12, 2012 at 8:30 a.m. and all dates associated with the Further Case Management Conference shall be continued to correspond with the new date for the Further Case Management Conference.

Dated: ___August 24___, 2012

_____
United States District J___
The H___

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

2.

Rocket Lawyer Incorporated v. The Pocket Lawyer Corporation, Case No. C 12-01155 CRB
[Proposed] Order Granting Stipulation to Continue CMC