**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKET LAWYER INC., | No. C 12-01155 CRB |
| Plaintiff, | **ORDER GRANTING MOTION TO WITHDRAW** |
| v. | |
| POCKET LAWYER CORP., | |
| Defendant. | |

The Court is in receipt of Defendant The Pocket Lawyer Corp.'s Motion to Withdraw as Attorney by counsel Gary S. Fergus. See Mot. (dkt. 37). The Motion states that Defendant's trademark counsel, Evan Anderson, will represent Defendant in Fergus's stead. Id. The Court has also received Defendant's Consent to Withdraw, which makes the same representation. See Consent (dkt. 38). The Court finds this matter suitable for resolution without oral argument pursuant to Civil Local Rule 7-1(b), VACATES the hearing currently set for March 29, 2013, and, good cause appearing therefor, GRANTS the Motion to Withdraw.

**IT IS SO ORDERED.**

Dated: February 20, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\1155\order re withdraw.wpd